KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JOCELYN BURTON (CSBN 135879)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7198
FAX: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS T. MANGANO, Ph.D., M.D. ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. C-05-2836 PJH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant ) | |

DECLARATION UNDER PENALTY OF PERJURY

I. SUZANNE C. WILL, am the Regional Counsel, San Francisco Region, Office of General Counsel, Department of Veterans Affairs. In this capacity I am charged with the responsibility of administering the provisions of the Federal Tort Claims Act, 28

DECLARATION OF SUZANNE C. WILL. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

C 05-2836 PJH

U.S.C. §§ 2671-2680, within the San Francisco Region of the Department of Veterans Affairs (VA).

During the first week of July, 2000, I learned that the Office of Special Counsel (hereinafter referred to as "OSC") was conducting an official investigation on behalf of Plaintiff Mangano. I became aware of this fact when the Human Resources Management Service of the VA San Francisco Medical Center forwarded a copy of a letter from OSC, dated June 29, 2000, to my attention. The letter was written by Ellen Booth for Jacqueline L. Martinez, Esq., Director, San Francisco Bay Area Field Office of Special Counsel. A copy of that letter is attached to this declaration as Exhibit A. I certify that the copy is a true and accurate copy of the original I received during the first week in July, 2000.

On October 1, 2003, I signed and mailed, by Certified Mail, Return Receipt Requested, a letter denying Plaintiff Mangano's administrative tort claim. The letter was sent to Plaintiff's attorney, Mr. Daniel Marino. A copy of that letter is attached is attached to this declaration as Exhibit B. I certify that the copy is a true and accurate copy of the original I mailed on October 1, 2003. The certified mailing return card indicates it was received on October 6, 2003 by Mr. Marino's office. A true and accurate copy of both sides of the return card is attached to this declaration as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed September __6__ 2005.

DECLARATION OF SUZANNE C. WILL. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
C 05-2836 PJH

*[signature]*
SUZANNE C. WILL
Regional Counsel
San Francisco Region
General Counsel
Department of Veterans Affairs
4150 Clement Street
San Francisco, CA 94121

DECLARATION OF SUZANNE C. WILL. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

C 05-2836 PJH