# EXHIBIT A



**U.S. OFFICE OF SPECIAL COUNSEL**
1301 Clay Street, Suite 365S
Oakland, California 94612-5217

San Francisco Bay Area Field Office

### REQUEST FOR INFORMATION OR ASSISTANCE

June 29, 2000

Ms. Janet Garcia, Acting Chief
Human Resources Management Service (05)
VA Medical Center
4150 Clement Street
San Francisco, CA 94121

Re: OSC File No. MA-99-1827 (Mangano)

    The Special Counsel, in connection with an official investigation of the Office of Special Counsel (OSC), and pursuant to the authority contained in 5 U.S.C. §§1212, 1214, 1216 and 1303 and in Civil Service Rule 5.4 (5 C.F.R. §5.4), requests that you furnish information and/or assistance as described below. OSC has determined that it is necessary to have access to, and copies of, various records which may be within the custody and control of the Department of Veterans Affairs. To the extent that some of these records may be protected by the Privacy Act of 1974, 5 U.S.C. §552a, they may be disclosed outside of your agency as authorized by the Privacy Act.

    The Special Counsel, as head of the Office of Special Counsel, and consistent with guidance from the Office of Management and Budget, 40 Fed. Reg. 28955 (1975), has delegated the authority under subsection (b)(7) of the Privacy Act to request records in writing from other Federal agencies as part of a law enforcement investigation within the jurisdiction of OSC to those management officials of OSC as set forth by position on the attached delegation of authority, for delivery to any OSC investigator or attorney bearing credentials signed by the current or any former Special Counsel identifying the employee as one authorized to receive evidence.

    Acting under this delegation of authority to request information under 5 U.S.C. §552a(b)(7) (Privacy Act), and in accordance with the procedures mandated by that section, I hereby request that you provide a copy of the following documents to the OSC.

1. A copy of Dr. Mangano's Official Personnel Folder
2. A copy of Dr. Mangano's Professional Standards Board File
3. A copy of Dr. Mangano's Credential and Privilege File

### EXHIBIT A

4. A complete copy of the facility "Clinical Program of Excellence Proposal" submitted in June 1999 regarding the cardiothoracic surgery program, including any and all attachments.
5. A copy of VA, VHA, and SFVAMC policy regarding the proficiency rating process.
6. A copy of VA, VHA, and SFVAMC policy regarding the purpose, intent, composition, and process of an Administrative Board of Investigation, including any guidance to management when the ABI focus is a patient care provider.
7. A complete copy of the report and findings of the Administrative Board of Investigation which was appointed in October 1997 to look into the use of Operating Room equipment.
8. Copies of any and all disciplinary and/or performance case files created on Dr. Mangano, including copies of any actions taken.
9. Copies of any and all documentation which addresses Dr. Mangano's verbal outbursts, angry, abusive or threatening behavior from December 15, 1991 through the present, including ones initiated by Dr. Cason, Dr. Wallace, Dr. Radcliffe, members of QA/I, and/or any other witnesses.
10. An annotated listing of all Staff Physicians within the Anesthesiology Service for calendar years 1996 through 1999. The listing should reflect the proficiency report due date for each individual each year, when the proficiency report was completed, and the overall rating assigned.
11. A copy of the patient incident document, including any related documentation, filed by Dr. Mangano with Dr. Nicoll, Chief of Staff, on May 17, 2000.
12. A copy of any and all documentation relating to the decision by Ms. Cullen, Medical Center Director, to convene an Administrative Board of Investigation in May 2000 to look into circumstances surrounding allegations of the failure of Dr. Mangano to manage a patient's airway and provide appropriate resident supervision.
13. Copies of Bills of Collection issued to employees of the San Francisco VA Medical Center for personal use of the VA phone system during calendar year 1998 and 1999.
14. Copies of both the old and new physical office space layouts indicating the allocation of office space by individual name, duty assignment, and number of hours per week that the individual is on the VA payroll.
15. An annotated listing of all Administrative Board of Investigation proceedings taken during calendar years 1998, 1999, and 2000, and based upon allegations of inappropriate employee conduct or performance. Regarding the individual who is the focus of the ABI, include their last name, occupation, Service, investigatory charge, and duty status of individual during board, i.e., on normal duty assignment, on detail to another assignment, on authorized absence, or on approved leave (indicate type).

Ms. Janet Garcia
June 29, 2000
Page 3

16. Copies of any and all combinations of e-mails, including messages contained in archive files, offline folders, and on tape backup, between Dr. Cason, Dr. Radcliffe, Dr. Norton, Dr. Miller, Dr. Nicoll, and/or Ms. Cullen, between September 22, 1997, and the present date which contain any of the following words (including any variations) or acronyms: ECHO, echocardiographic, probe, animal, non-sterile, infections, retaliatory, complaint, Mangano. Please provide these electronic files in standard ASCII format using a standard 3.5" floppy or CD-ROM disk, and provide hard copies of those e-mails not provided in ASCII format. The search should extend to all mail systems in use during the time period requested. If e-mail records are only available for a specific time period, briefly describe the steps that were taken to search for earlier electronic files. Additionally, please identify all persons involved in conducting this search.

Your assistance is also requested in obtaining pertinent documents that may be under the custody of the medical school at the University of California San Francisco. Specifically,

17. Copies of any performance, conduct, or privilege documents on Dr. Mangano which were signed by Dr. Cason between December 15, 1991 and the present time.

All documents may be sent to the attention of Linda Redding, Investigator, at the address listed below. Please furnish the information on or before July 21, 2000. As you prepare the material requested, it may be forwarded with several documents in a submission; there is no need to wait and make a single all encompassing submission.

    U.S. Office of Special Counsel
    1301 Clay Street, Suite 365S
    Oakland, CA 94612-5217

If you have any questions or concerns, please contact Linda Redding at (510) 637-3460, or in her absence contact Rob McClain at the same number. Thank you for your assistance.

Requested by: *Ellen Booth*
    Jacqueline L. Martinez, Esq.
    Director, San Francisco Bay Area
    Field Office

Attachment