# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Daniel Marino
   Preston Gates Ellis & Rouvelas
   Meeds LLP
   1735 New York Avenue NW
   Suite 500
   Washington, DC 20006

2. Article Number (Copy from service label)
   7000 1670 0009 3380 7966

PS Form 3811, July 1999                Domestic Return Receipt                102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
   R Bullock                              2002 9 0 100

C. Signature
   X  Roger J Bullock
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

REGIONAL COUNSEL (662/02)
U.S. DEPT. OF VETERANS AFFAIRS
VA MEDICAL CENTER, BLDG. 210
4150 CLEMENT STREET
SAN FRANCISCO, CA  94121

Angela Norman / Dennis Mangano

20